from the earliest times, to defend his property against the unlawful acts of man or beast.

*Judgment reversed.   Luke and Bloodworth, JJ., concur.*

---

### 15409.   JOHNSON *v*. THE STATE.

BROYLES, C. J.   The verdict was demanded by the evidence, and neither of the special grounds of the motion for a new trial shows cause for a reversal of the judgment overruling the motion.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1924.

Conviction of assault with intent to rob; from Ware superior court—Judge Summerall.   February 7, 1924.

Application for certiorari was denied by the Supreme Court.

*I. J. Bussell,* for plaintiff in error.

*A. B. Spence, solicitor-general,* contra.

---

### 15412.   WACASER *v*. THE STATE.

BROYLES, C. J.   The motion for a new trial contained only the usual general grounds; the verdict was authorized by the evidence, and the overruling of the motion for a new trial was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1924.

Accusation of drunkenness on highway; from city court of Miller county—Judge Geer.   January 26, 1924.

*Jesse A. Drake, P. Z. Geer,* for plaintiff in error.

*P. D. Rich, solicitor,* contra.

---

### 15413.   WACASER *v*. THE STATE.

BROYLES, C. J.   The motion for a new trial contained only the usual general grounds; the verdict was authorized by the evidence, and the overruling of the motion for a new trial was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1924.